UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**

MAR 09 2006



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| RANDALL N. LEWCHUK, | CIV. 05-4167 |
| Plaintiff, | |
| vs. | ORDER DETERMINING IN FORMA PAUPERIS STATUS |
| WARDEN WEBER, in his official and unofficial capacity; G. ZIKE, P.A.; J.P., Nurse, Health Services, Sioux Falls Penitentiary; DR. ROGEAR; HCMTI MANAG. CARE; | |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

After reviewing the plaintiff's motion to proceed in forma pauperis and the prisoner trust account report, the court finds that plaintiff is required by the Prison Litigation Reform Act, 28 U.S.C. § 1915, to make an initial partial filing fee of $20.54 (20% of his average monthly balance for the past six months). Plaintiff's current prison account balance is $89.36.

Upon the record,

IT IS ORDERED:

1. That plaintiff's motion to proceed in forma pauperis (Doc. 3) is granted, subject to further review to determine if this action should hereafter be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

2. That plaintiff shall make an initial partial fee payment for docketing and filing fees in the amount of $20.54 to the clerk of this court on or before April 28, 2006.

3. That the institution having custody of the plaintiff is hereby directed that whenever the amount in plaintiff's trust account exceeds $10.00, monthly payments that equal 20% of the funds credited the preceding month to the plaintiff's trust account shall be forwarded to the U.S. District Court Clerk's Office pursuant to 28 U.S.C. § 1915(b)(2), until the filing fee is paid in full.

Dated this 9th day of March, 2006.

BY THE COURT:

*John Simko*
John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, CLERK

By: *Shelly Margulies*, Deputy

(SEAL)